DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAMILLE BLANCO,**
Appellant,

v.

**JOSEPH BLANCO,**
Appellee.

No. 4D2025-2626

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin Raybon Kanner, Judge; L.T. Case No. 062023DR013110AXXXCE.

Camille Blanco, Coral Springs, pro se.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Allison Lindsay Bishow of Carmen G. Soto, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***